No. M–40. DAVIS v. BROWNER, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY;

No. M–41. JAMHOURY *v.* MATHEIS ET AL.;

No. M–42. MUSSER *v.* DAMROW ET AL.; and

No. M–43. CROUCH *v.* COLORADO. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.